IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES DAVIS, § § Plaintiff, § § v. § WELLS FARGO BANK NA et al., § § Defendants. § | Civil Action No. 4:14-cv-254-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendant Lakeway Family Trust is **dismissed without prejudice**.

**SO ORDERED** on this **24th day** of **September, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE